IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LARRY CURTIS and MARGIE CURTIS,**　　　　　　　　　　　　　　**PLAINTIFFS**
**as Guardians of HUNTER W. CURTIS, and**
**DWIGHT HOUSTON, on behalf of themselves**
**and all others similarly situated**

v.　　　　　　　　Case No. 4:22-CV-00328-LPR

**LARRY TAYLOR, individually and in his**
**official capacity as Monroe County Judge, JAY HILL,**
**individually and in his official capacity, SARAH**
**HUCKABEE SANDERS, in her official capacity**
**as Governor of the State of Arkansas, MICHAEL**
**NEAL, in his official capacity as Sheriff of Monroe County**　　　　**DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered today, this case is DISMISSED without prejudice.

IT IS SO ADJUDGED this 14th day of March 2023.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　LEE P. RUDOFSKY
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE